**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00429-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    ANDREW LO,
3.    DEBRA LEE,
4.    NICHOLAS SORASAVONG,
5.    TELI LO,
6.    KAZUHIRO HASHIMOTO,
9.    VINH LONG TRONG THAN,
        a/k/a "Vinnie,"
10.   CHRISTOHPER OLIVAS,
12.   XUAN BUI,
        a/k/a "Uncle Sonny,"
13.   PHI HAI HOANG NGUYEN,
        a/k/a "Hai,"
14.   HIEU HOANG PHAN,
15.   CYRIL KIM,
        a/k/a "Rook,"
16.   VIET NGUYEN,
17.   HOANG KIM LY,
18.   BAO LE,
20.   THANH TRANG NGUYEN,
        a/k/a "Gigi,"
26.   QUINTILLIAN MINHQUAN HUYNH, and
27.   DINH VO,

    Defendants.

**MINUTE ORDER**[1]

On Monday, **September 21, 2009**, commencing at 9:00 a.m., the court shall conduct a setting/scheduling conference at which time the court will set hearings to receive evidence on the discreet issues of minimization and sealing (18 U.S.C. §

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

2518(8)(a)), which issues have been raised or adopted by several defendants in pending motions to suppress wiretap evidence. The appearances of the defendants are required, unless waive or excused by the court in a written order.

      Dated:  September 4, 2009