# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  07-cr-00429-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ANDREW LO,
5.  TELI LO,

    Defendants.

---

## MINUTE ORDER[1]

---

The court conducted a telephonic setting conference on December 1, 2009. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

That a Motions Hearing on Documents 588, 713, 714, 721, 780, and 781, is set for **April 2, 2010,** at 10:00 a.m., at which time counsel and defendants shall appear without further notice or order of the court.

Dated: December 1, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.